UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 10-20437-CR-MARTINEZ**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH MARTINEZ,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Peter R. Palermo, on March 28, 2011. The Report and Recommendations recommends to this Court, that counsel Douglas L. Williams, P.A. be paid **$12,800.00** as fair and final compensation for his work in this case. Accordingly, the Court has considered the Report and Recommendation, counsel's response and reaction, and does not object to the Magistrate Judge's Report and Recommendations, and the pertinent parts of the record. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __6__ day of April, 2011.

                                                    JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Douglas L. Williams, Esq
Lucy Lara, CJA Administrator